1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8

TRAVELL DARNELL POGUE,                    1:13-CV-00249 GSA HC
9                                          1:11-CV-00192 LJO SKO HC
                 Petitioner,
10                                         ORDER CONSTRUING PETITION AS A
       v.                                  MOTION TO AMEND
11
                                           ORDER DIRECTING CLERK OF COURT
12   P. D. BRAZELTON, Warden,              TO FILE DOC. #1 INTO CASE NO. 1:11-CV-
                                           00192 LJO SKO HC AS A MOTION TO
13               Respondent.               AMEND
     _____/     [Doc. #1]
14
                                           ORDER TERMINATING CASE
15

16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.  He has consented to the jurisdiction of the magistrate judge pursuant

18   to 28 U.S.C. § 636(c).

19        On February 19, 2013, Petitioner filed the instant petition in this case.  The petition

20   challenges a 2008 conviction sustained in Kern County for attempted murder, first degree burglary,

21   and assault with a deadly weapon.  Review of court records reveals Petitioner has a petition pending

22   in the case Pogue v. Hedgpeth, 1:11-cv-00192 LJO SKO HC,[1] in which Petitioner challenges the

23   same conviction and raises the same claims.

24        In Woods v. Carey, 525 F.3d 886 (9th Cir.2008), the Ninth Circuit held that a petition filed

25

26        [1]This Court "may take notice of proceedings in other courts, both within and without the federal judicial system,
27   if those proceedings have a direct relation to matters at issue."  U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo,
     Inc., 971 F.2d 244 (9th Cir.1992); see also MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States
28   v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).  Accordingly, the Court takes judicial notice of the docket and pleadings in
     Pogue v. Hedgpeth, 1:11-cv-00192 LJO SKO HC.

1  before a prior petition has been adjudicated should be considered a motion to amend the prior

2  petition rather than a second or successive petition.  Therefore, the instant petition should and will be

3  construed as a motion to amend the petition in the prior case.  The pleading will be ordered re-filed

4  in the prior case, and the instant case will be closed.

5                                                      **ORDER**

6            Accordingly, IT IS HEREBY ORDERED:

7            1) The petition for writ of habeas corpus in this case is CONSTRUED as a motion to amend

8  the petition in Case No. 1:11-CV-00192 LJO SKO HC;

9            2) The Clerk of Court is DIRECTED to file the instant petition (Doc. #1) as a motion to

10  amend in Case No. 1:11-CV-00192 LJO SKO HC; and

11            3) The Clerk of Court is DIRECTED to terminate this case.

12

13       IT IS SO ORDERED.

14       **Dated:    March 14, 2013**                           **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28